WILLIAM G. PHILLIPS, Respondent, v. SONN BROTHERS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of the Application of NANCY M. SANBORN, Respondent, to Punish EDWARD S. BARBER, Appellant, for Contempt of Court, etc. (2. cases.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. Date of hearing before referee to be fixed on settlement of order. Orders to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of Proving the Last Will and Testament of MARY V. McCUSKER, Deceased, as a Will of Real and Personal Property. In the Matter of the Application of EMILY E. ROONEY, Appellant, to Be Appointed One of the Executors of MARY V. McCUSKER, Deceased. JAMES J. ETCHINGHAM, as Surviving Executor, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

JOSEPH M. ESTERSON and Another, Appellants, v. OSTRANDER & COMPANY, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title, etc., to the Lands, Tenements and Hereditaments Required for the Widening of Whitlock Avenue, from Hoe Avenue to Faile Street, in the Twenty-third Ward, Borough of The Bronx, City of New York. WILLIAM SIMPSON, JR., and Another, as Executors, etc., Appellants. (2 cases.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

FRANCES RODDY v. NEW YORK RAILWAYS COMPANY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

MAE HAMILTON v. JOHN L. MURRAY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ALDEN W. MEEKS v. KATHERINE W. GRAVIER.— Motion granted, unless appellant complies with terms of order. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of MARY V. McCUSKER.— Motion denied, without costs. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

LEONARD SCHMIDT v. THE CITY OF NEW YORK. MARGARET SCHMIDT, v. THE CITY OF NEW YORK.— Motions granted, unless appellants comply with terms of order. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

AMALGAMATED MILLS v. GASTON, WILLIAMS AND WIGMORE.— Motion denied, without costs. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.